Theodore Vanderwall, Appellant, v. W. F. Beard, Appellee.

Gen. No. 9,476.

Heard in this court at October term, 1939; opinion filed January 25, 1940. Edward S. Foltz, Jr., for appellant; B. Jay Knight, J. E. Goembel and Frederick H. Haye, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''

Metropolitan Life Insurance Company, Appellant, v. John Van Hyfte et al., Appellees.

Gen. No. 9,493.

.Heard in this court at October term, 1939; opinion filed January 25, 1940. Hardy, Hardy & Witherell, for appellant; George W. Hunt, Donald W. Evans and E. J. Galbraith, for certain appellees; Sturtz & Ewan, for certain other appellees. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''